JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEMETRIUS KING BRASHEAR,<br><br>        Petitioner,<br><br>   v.<br><br>ROBERT LUNA,<br><br>        Respondent. | Case No. CV 24-06682 WLH (RAO)<br><br>**JUDGMENT** |

    IT IS HEREBY ORDERED AND ADJUDGED that this action is dismissed without prejudice for the reasons set forth in the related Order Dismissing Action.

DATED: August 28, 2024

                                                                           HON. WESLEY L. HSU
                                                                          UNITED STATES DISTRICT JUDGE